USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED  1-6-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMNIGON COMMUNICATIONS, LLC,
                Plaintiff,

    - against -

IMMERSION MEDIA, INC.,
                Defendant.

---

14 Cv. 10063 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant's notice of removal alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The plaintiff, Omnigon Communications, LLC, appears to be a limited liability company. A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). Therefore, the plaintiff should inform the Court of the citizenship of all its members.

SO ORDERED.

Dated:    New York, New York
           January 6, 2015

                                    John G. Koeltl
                                United States District Judge