USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/3/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OMNIGON COMMUNICATIONS,
                              Plaintiff,

                                                                    14 civ 10063 (JGK)
        -against-

IMMERSION MEDIA, INC.,
                              Defendant.
-----------------------------------------------------------X

## ORDER

Motions to vacate the clerk's certificate of default and to remand were filed on January 23, 2015. A response to the motion to remand was filed on January 30, 2015.

Any replies to the motions shall be filed by **February 9, 2015**. The conference for today, February 2, 2015, is hereby **adjourned until February 13, 2015, at 12:00pm, at which time the Court will hear argument on the motions.**

SO ORDERED.

                                                                    /s/ John G. Koeltl
                                                                    JOHN G. KOELTL
                                                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 3, 2015